UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                              **ORDER**
v.                              12-CR-109-A

EARL BROWN, SR.,

                Defendant.

---

This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr. pursuant to 28 U.S.C. § 636(b)(1)(B) for pretrial proceedings. The defendant, Earl Brown, Sr., filed a motion to suppress statements made on July 25, 2012 (Dkt. No. 240). An evidentiary hearing took place on September 4, 2014, and Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 293) on April 3, 2015 recommending that defendant Earl Brown, Sr.'s motion to suppress (Dkt. No. 240) should be denied. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought.

The Court has carefully reviewed the Report and Recommendation, the records in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion to suppress statements is denied.

The parties shall appear for a meeting to set trial date on Monday May 4, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   May 1, 2015